NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMSUN LOGIX CORPORATION,

           Plaintiff,

       -against-

SIGMA SHIPPING INC.,

           Defendant.
-----------------------------------------------------------------X

07 Civ.

**FRCP 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Samsun Logix Corporation has no parent corporation and no publicly traded company owns 10% or more of its stock.

Dated: New York, New York
        April 9, 2007

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              SAMSUN LOGIX CORPORATION

                              By:_____
                              John P. Vayda (JV 0329)
                              One Exchange Plaza
                              At 55 Broadway
                              New York, New York 10006
                              (212) 952-6200