NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMSUN LOGIX CORPORATION,

                Plaintiff,

    - against -

SIGMA SHIPPING INC.,

                Defendant.
------------------------------------------------------------X

JUDGE SAND

07 CV 2833

07 Civ.    (   )

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR MARITIME ATTACHMENT**

STATE OF NEW YORK  )
                             ) ss:
COUNTY OF NEW YORK )

    John P. Vayda, being duly sworn, deposes and says:

    1. I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff, Samsun Logix Corporation, and make this affidavit in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

    2. Based upon my inquiries and to the best of my information and belief, Defendant, Sigma Shipping Inc., is a foreign corporation and cannot be found within this District.

    3. I have caused a search to be made which has not found Defendant listed in the New York telephone directory or in the Transportation Telephone Tickler published by The Journal of Commerce for the New York Metropolitan Area, in which maritime companies doing business within the District routinely list their names, addresses and telephone numbers. I have also

2

caused a search with the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed that there are no listings for Defendant in any of these areas.

4. I have caused a search to be made through the Lexis/Nexis computer database of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and no listing for Defendant has been found.

5. I have caused a search to be made through the Lexis/Nexis computer database of the files containing judgments and/or docket listings for the State of New York and no listings for Defendant have been found.

6. I have found no listing in New York for Defendant in Lloyd's List of Shipowners.

7. Accordingly I respectfully submit Defendant cannot be found within the district and that process of maritime attachment and garnishment should be issued.

8. No previous application for an Order of Attachment or similar relief has been sought in this matter.

_____
JOHN P. VAYDA

Sworn to before me this
9th day of April, 2007.

_____
Notary Public

CORINE M. COLLIGAN
Notary Public, State of New York
No. 01CO6014998
Qualified in Richmond County
Commission Expires 10/19/20__