NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMSUN LOGIX CORPORATION,                          :    07 Civ. 2833 (LBS)
                                                   :
                    Plaintiff,                     :    **ORDER VACATING**
                                                   :    **ATTACHMENT, DIRECTING**
         -against-                                 :    **RELEASE OF ATTACHED**
                                                   :    **FUNDS AND VOLUNTARILY**
SIGMA SHIPPING INC.,                               :    **DISMISSING ACTION**
                                                   :
                    Defendant.                     :
-----------------------------------------------------------X

**WHEREAS** Plaintiff, SAMSUN LOGIX CORPORATION filed its complaint on or about April 9, 2007 seeking process of maritime attachment and garnishment;

**WHEREAS** funds have been seized by Plaintiff at JPMorgan Chase Bank in the amount of approximately $2,786.50 by virtue of said Process of Maritime Attachment and Garnishment;

**NOW THEREFORE** upon application of Plaintiff, SAMSUN LOGIX CORPORATION, it is hereby

**ORDERED** that,

> The Writ of Maritime Attachment previously issued in this action is vacated;

> Garnishee JPMorgan Chase Bank is directed to release Defendant SIGMA SHIPPING INC.'s funds from attachment by SAMSUN LOGIX CORPORATION; and

> The action is voluntarily dismissed without prejudice and without costs.

Dated: New York, New York
       May 29, 2007

                                        SO ORDERED:

                                        _____
                                        Hon. Leonard B. Sand
                                        U.S.D.J.